# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KE'TARA BRIANA BRADHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2281

_____

November 21, 2025

Appeal from the County Court for Pinellas County; Diane M. Croff, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.